JULIE ANN TOTTEN (State Bar No. 166470)
jatotten@orrick.com
ERIC R. OLAH (State Bar No 295513)
olah@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: +1-916-447-9200
Facsimile: +1-916-329-4900

MICHAEL D. WEIL (State Bar No. 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

JAMES D. CURPHEY (*Pro Hac Vice*)
jcurphey@porterwright.com
MEGAN E. BAILEY (*Pro Hac Vice*)
mbailey@porterwright.com
JARED M. KLAUS (*Pro Hac Vice*)
jklaus@porterwright.com
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800-3200
Columbus, OH 43215-6194
Telephone: +1-614-227-2000
Facsimile: +1-614-227-2100

Attorneys for Plaintiff
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC,

Plaintiff,

v.

GEOFF SMITH, TYRONE YOUNT, NATHAN WITKIN, BRYAN McNABB, PATRICK J. SHASBY, JR. and CALIFORNIA GLASS & MIRROR CORP.,

Defendants.

Case No. 2:16-cv-01798-JAM-AC

**PLAINTIFF TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

Date: September 20, 2016
Time: 1:30 p.m.
Courtroom: 6
Judge: Hon. John A. Mendez

Trial Date: None Set
Date Action Filed: July 29, 2016

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on September 20, 2016 at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 6, located at 501 I Street, 14th Floor, Sacramento, California 95814, before the Honorable John A. Mendez, Plaintiff Trulite Glass and Aluminum Solutions, LLC ("Trulite") will and hereby does move the Court for a preliminary injunction. Specifically, Trulite seeks a preliminary and permanent injunction (i) prohibiting Defendants Geoff Smith, Tyrone Yount, Nathan Witkin, Bryan McNabb, Patrick J. Shasby, Jr., and California Glass & Mirror Corp. (collectively, "Defendants") from using, disclosing, or continuing to possess Trulite's business information, (ii) ordering the return of Trulite's business information, and (iii) prohibiting Defendants, their respective principals, agents, partners and affiliates, and all persons in active concert or participation with them, from doing business with or contacting any customer, prospective customer, or supplier of Trulite.

The motion is based on this Amended Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion, the Declarations of Michael Montgomery and Kevin Barrett, the Complaint filed in this action, and any other evidence or argument that may be presented to the Court in connection with this Motion. Additionally, the motion is also based on the Supplemental Declaration of Edward Lemley, which is attached as Exhibit A to this Amended Notice. On July 29, 2016, Trulite submitted to the Court the original Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion, the declarations in support of the motion, and a proposed order. *See* ECF No. 6. While the original Notice of Motion requested a hearing date of "Earliest Practicable Date," this Amended Notice of Motion makes clear that the hearing on the motion is now scheduled for September 20, 2016, at 1:30 p.m.

///

///

///

///

///

///

Pursuant to Local Rule 231(d)(3), Trulite does not desire to present oral testimony at the hearing on this Motion and thus believes ninety minutes should be sufficient for the hearing.

Dated: August 5, 2016. ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Eric R. Olah
Eric R. Olah
Attorneys for Plaintiff
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC

# EXHIBIT A

JULIE ANN TOTTEN (State Bar No. 166470)
jatotten@orrick.com
ERIC R. OLAH (State Bar No 295513)
olah@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: +1-916-447-9200
Facsimile: +1-916-329-4900

MICHAEL D. WEIL (State Bar No. 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

JAMES D. CURPHEY (Admitted *Pro Hac Vice*)
jcurphey@porterwright.com
MEGAN E. BAILEY (Admitted *Pro Hac Vice*)
mbailey@porterwright.com
JARED M. KLAUS (Admitted *Pro Hac Vice*)
jklaus@porterwright.com
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800-3200
Columbus, OH 43215-6194
Telephone: +1-614-227-2000
Facsimile: +1-614-227-2100

Attorneys for Plaintiff
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC,

Plaintiff,

v.

GEOFF SMITH, TYRONE YOUNT, NATHAN WITKIN, BRYAN McNABB, PATRICK J. SHASBY, JR. and CALIFORNIA GLASS & MIRROR CORP.,

Defendants.

Case No. 2:16-cv-01798-JAM-AC

**SUPPLEMENTAL DECLARATION OF EDWARD LEMLEY IN SUPPORT OF PLAINTIFF TRULITE GLASS AND ALUMINUM SOLUTIONS LLC'S MOTION FOR PRELIMINARY INJUNCTION**

1. My name is Edward Lemley. I serve as the Regional Vice President – West Region of Trulite Glass and Aluminum Solutions, LLC ("Trulite").

2. I submit this declaration ("Lemley Supplemental Declaration") in order to supplement my July 29, 2016 Declaration ("Lemley Declaration").

3. I have personal knowledge of the statements set forth herein.

4. As noted in the Lemley Declaration, I reviewed information that Geoff Smith, Tyrone Yount and Nathan Witkin took from Trulite and e-mailed to their personal e-mail accounts and believe that such information is the confidential and trade secret property of Trulite, and the dissemination of that information directly violates company policy and will result in competitive harm to Trulite.

5. I have now reviewed additional information that Yount and Witkin took from Trulite and e-mailed to their personal e-mail accounts and believe that such information is also the confidential and trade secret property of Trulite and that the dissemination of that information directly violates company policy and will result in competitive harm to Trulite.

6. On February 2, 2016, Yount e-mailed order information, including product and pricing information, for a specific customer from his Trulite e-mail account to his personal e-mail account. The disclosure of this information to competitors provides those competitors with detailed information about Trulite's products, pricing structure and customers that they can use to undercut or otherwise out-maneuver Trulite in the marketplace.

7. On June 22, 2016, Witkin e-mailed Trulite's Master Glass Price List from his Trulite e-mail account to his personal e-mail account. As noted in my July 29, 2016 Declaration, on April 25, 2016, Geoff Smith also took the Master Glass Price List. This list contains the prices that Trulite pays each of its suppliers for every glass product it purchases across its 32 facilities. For example, it lists the prices that Trulite's NoCal facilities pay four different suppliers for 307 products.

8. Due to the highly sensitive nature of this trade secret information, only General Managers, Branch Managers and Branch Buyers typically have access to this document. And as an added layer of security, the General Managers, Branch Managers and Branch Buyers can only

access the portion of the Master Glass Price List that pertains to their specific facility or facilities.

9. Disclosure of this information would reveal the particulars of Trulite's national buying power in the industry. If this information was disclosed to competitors it will not only give them a competitive advantage when they are bidding against Trulite on projects that are priced based on product but also enable competitors to undercut Trulite in the market generally by helping them predict Trulite's prices for any order or project involving the 307 products included on Trulite's Master Glass Price List. Disclosure of the Master Glass Price List may also disrupt Trulite's relationship with and ability to obtain particular pricing from its suppliers who do not want the prices they offer Trulite to be used as leverage by other customers they may also supply.

10. On June 22, 2016, Witkin also sent himself an excel spreadsheet recently developed by a Trulite IT project manager that is imbedded with Trulite-developed calculations and formulas which assist Trulite sales representatives in preparing price quotations for customers and bidding on projects. This tool is in the process of being rolled out for use in all of Trulite's facilities across the United States and Canada.

11. Because of the highly sensitive and confidential nature of the information and formulas contained in this proprietary trade secret tool, when it was originally provided to Witkin by Trulite's Western Regional Sales Manager, Terry Del Rey, she specifically instructed him that it was for his "internal use only" and that he was not to distribute the glass cost information.

12. Especially when coupled with the information contained in Trulite's Master Glass Price List (which Witkin took the same day as this excel spreadsheet), if the information contained or the formulas imbedded in this excel spreadsheet are disclosed to Trulite's competitors it would allow them to estimate or project the amount that Trulite would bid for a particular project or the price Trulite would quote a customer for a particular job. This will give competitors a direct, immediate competitive advantage.

13. On July 6, 2016, Witkin sent from his Trulite e-mail account to his personal e-mail account a Trulite Warehouse Sales Report for Trulite's Fremont facility and a Trulite Warehouse Sales Report for Trulite's Sacramento facility. These Reports provide information on the types of products purchased and the amounts spent on those product purchases by more than 1000 Trulite

customers from June 1, 2016 through June 30, 2016. The disclosure of these Reports will give competitors detailed information about the types and volume of products Trulite's customers need – two pieces of information that any Trulite competitor could use to its advantage.

14. Included in the below chart are some of the documents Smith, Yount and Witkin sent from their Trulite e-mail accounts to their personal accounts, which I described in paragraphs 18 through 40 of the Lemley Declaration as well as the documents I described in paragraphs 6 through 12 above. Each of the transmitted documents listed below is a true and accurate copy of the original, sent on or about the date indicated; each is a business record of Trulite kept in the ordinary course of regularly conducted business activity; and for each, making the record was a regular practice of that activity. Although some of the information contained in certain documents is public, the documents were created by Trulite, for Trulite, using information collected for Trulite's business purpose. The expectation, and indeed company policy, is that the documents are to be treated as confidential.

| **Lemley Declaration and Supplemental Declaration References** | **Date Sent From Trulite E-mail to Personal E-mail** | **Sender of Information** | **Description** |
|---|---|---|---|
| ¶ 18 | 02/02/16 11:43 am | Yount | Yount forwards to his personal e-mail account 2014-2015 Trulite corporate financial statements, which had been originally circulated by Mickey Smith via e-mail on 01/12/15 to 13 Trulite employees. That e-mail advises it is confidential information and is only to be shared with the original recipients. |
| ¶ 18 | 02/02/16 11:44 am | Yount | Yount forwards to his personal e-mail account a 11/30/14 Trulite profits & loss analysis, which had been originally sent to him by Mickey Smith on 12/05/14. |
| Suppl. ¶ 6 | 02/02/16 11:45 am | Yount | Yount forwards to his personal e-mail account an order for a Trulite customer, dated 09/25/15, containing product and pricing information. The original order was sent to him on 01/28/16. |
| ¶ 20 | 02/02/16 11:46 am | Yount | Yount forwards to his personal e-mail account a 06/11/15 e-mail from a Trulite supplier regarding a percentage increase in prices. |

| Lemley Declaration and Supplemental Declaration References | Date Sent From Trulite E-mail to Personal E-mail | Sender of Information | Description |
|---|---|---|---|
| ¶ 21 | 02/03/16 3:03 pm | Yount | Yount forwards to his personal e-mail account a Trulite employee list for the Sacramento facility as of 09/30/14. The spreadsheet contains employee numbers, employee names, card #s, departments, job descriptions, dates of hire, review dates, and compensation information. |
| ¶ 22 | 02/09/16 12:28 pm | Yount | Yount forwards to his personal e-mail account a detailed Trulite quote for four products to a customer, dated 03/25/14. |
| ¶ 23 | 04/14/16 10:22 pm | Smith | Smith forwards to his personal e-mail account eight PowerPoint presentations (81 pgs.) presented at the 01/22/16 meeting in Dallas for Trulite's executive team and general managers. The presentations were circulated to attendees on 01/26/16. The presentations were entitled: 1) Customer Service Survey 2015; 2) Regional Centers of Excellence; 3) Pushing the Price Envelope, The Toronto Experience; 4) Trulite Safety Overview; 5) 2016 GM Roundtable; 6) Vendor Overview; 7) New Products; and 8) Trulite Past, Present & Future. |
| ¶ 30 | 04/25/16 6:03 pm | Smith | Smith forwards to his personal e-mail account Trulite's Master Glass Price List, which details the prices Trulite pays each of its suppliers for all of its glass products. |
| Suppl. ¶ 7 | 06/22/16 12:40 pm | Witkin | Witkin forwards to his personal e-mail account Trulite's Master Glass Price List, which details the prices Trulite pays each of its suppliers for all of its glass products. |
| Suppl. ¶ 10 | 06/22/16 4:25 pm | Witkin | Witkin forwards to his personal e-mail account an Excel spreadsheet which contains embedded formulas for calculations developed to assist Trulite's sales representatives in preparing price quotations and bids. This was for internal use only and not to be distributed. |
| ¶ 33 | 06/29/16 12:19 pm | Witkin | Witkin forwards to his personal e-mail account Trulite's price book, compiled by Trulite's Fresno facility, which had been originally circulated on 06/29/16 and is dated July 2016. |
| ¶ 34 | 07/06/16 11:19 am | Witkin | Witkin forwards to his personal e-mail account the Trulite Monthly Warehouse Sales Report for Trulite's Fresno facility, as of July 1, 2016, and which had originally been sent 07/01/16 at 6:00 am. |

| Lemley Declaration and Supplemental Declaration References | Date Sent From Trulite E-mail to Personal E-mail | Sender of Information | Description |
|---|---|---|---|
| Suppl. ¶ 13 | 07/06/16 11:19 am | Witkin | Witkin forwards to his personal e-mail account a Trulite Monthly Warehouse Sales Report for Trulite's Fremont facility, as of July 1, 2016, and which had originally been sent 07/01/16 at 6:00 am. |
| Suppl. ¶ 13 | 07/06/16 11:18 am | Witkin | Witkin forwards to his personal e-mail account a Trulite Monthly Warehouse Sales Report for Trulite's Sacramento facility, as of July 1, 2016, and which had originally been sent 07/01/16 at 6:00 am. |
| ¶ 35 | 07/06/16 2:28 pm | Witkin | Witkin forwards to his personal e-mail account a spreadsheet of Trulite's northern California customers, originally circulated 05/02/16, which contains customer names, account numbers, payment terms and credit terms for over 1500 customers. |
| ¶ 35 | 07/06/16 2:31 pm | Witkin | Witkin forwards to his personal e-mail account a Trulite customer list for Trulite's Fresno facility, originally circulated 04/13/16, which contains customer names, account numbers, sales groups, sales order pool information, price group information, customer group information, and currency for over 700 customers. |
| ¶ 36 | 07/06/16 2:29 pm | Witkin | Witkin forwards to his personal e-mail account Trulite's new stock sheet pricing, which had been marked "Confidential" and dated 04/13/16. |
| ¶ 37 | 07/14/16 6:54 pm | Witkin | Witkin forwards to his personal e-mail account a Trulite price catalog, which had been prepared for a specific customer, and dated 08/03/16. |
| ¶ 37 | 07/14/16 6:55 pm | Witkin | Witkin forwards to his personal e-mail account another Trulite price catalog, which had been prepared for a specific customer, and dated 08/03/16. |
| ¶ 37 | 07/14/16 6:56 pm | Witkin | Witkin forwards to his personal e-mail account a third Trulite price catalog, which had been prepared for a specific customer, and dated 08/03/16. |
| ¶ 37 | 07/15/16 11:35 am | Witkin | Witkin forwards to his personal e-mail account a fourth Trulite price catalog, which had been prepared for a specific customer, and dated 08/03/16. |
| ¶ 37 | 07/15/16 12:04 pm | Witkin | Witkin forwards to his personal e-mail account a fifth Trulite price catalog, which had been prepared for a specific customer, and dated 08/03/16. |

| Lemley Declaration and Supplemental Declaration References | Date Sent From Trulite E-mail to Personal E-mail | Sender of Information | Description |
|---|---|---|---|
| ¶ 38 | 07/18/15 1:40 pm | Witkin | Witkin forwards to his personal e-mail account a customer's request for a quote related to a job in September/October 2016. |
| ¶ 38 | 07/18/16 4:57 pm | Witkin | Witkin forwards to his personal e-mail account a Trulite quote for a customer, dated 07/18/16. |
| ¶ 38 | 07/19/16 1:51 pm | Witkin | Witkin forwards to his personal e-mail account a blanket purchase order from a Trulite customer. |
| ¶ 38 | 07/19/16 5:16 pm | Witkin | Witkin forwards to his personal e-mail account a Trulite quote for a customer, dated 07/19/16. |
| ¶ 38 | 07/20/16 1:02 pm | Witkin | Witkin forwards to his personal e-mail account a pricing letter for a Trulite customer containing confidential pricing information, with an effective date of 06/21/16. |
| ¶ 40 | 07/20/16 1:03 pm | Witkin | Witkin forwards to his personal e-mail account a list of Trulite employees' phone numbers, names, positions, and branches. |

15. As noted in the Lemley Declaration, the above list of stolen trade secrets is not complete. In addition to the list of stolen trade secrets described above, more records reveal competitive pricing information, assorted quotes with pricing and credit terms, product information, product specifications, warranty information for a variety of products, and employee information. There were internal emails revealing details regarding the AX conversion, customer issues, and Trulite's new bonus plan. Further, Smith, Yount and Witkin collectively took more than 30 Trulite business forms, templates, sample letters, checklists, policies, schedules, and reports related to various aspects of Trulite and its business. For example, they took documentation used by Trulite's Human Resources Department when hiring new employees, including a background checklist, driver checklist, emergency contact form, and employment eligibility verification form. They took documentation Trulite uses to monitor and ensure the safety of its employees, facilities and jobsites – like training schedules, safety checklists, inspection forms, machinery lock-out/tag-out procedures, job site reports, a contractor job site orientation form and an employee acknowledgement form related to respirator use. They took

documentation Trulite uses in the sales component of its business, including a sales call report, sales contact information sheet, letter of intent, credit request form and credit process flow diagram. And they also took other documentation related to the manufacturing and fabrication parts of Trulite's business – like excel spreadsheets that calculate square footage and the weight of glass and a sample lien notice.

16. These Trulite documents will assist any aspiring competitor in jump-starting a new glass manufacturing and distribution business – in direct competition with Trulite – by saving them the time, energy and money necessary to develop them independently.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2016.

Edward Lemley