UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, | No. 2:16-cv-01798 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| GEOFF SMITH, TYRONE YOUNT, NATHAN WITKIN, BRYAN McNABB, PATRICK J. SHASBY, JR. and CALIFORNIA GLASS AND MIRROR CORP., | |
| Defendants. | |

Plaintiff has submitted an Ex Parte Application for Entry of Protective Order, in which it is stated that the parties have met and conferred and been unable to come to an agreement for the language of an Order.  ECF No. 35.  Plaintiff further asserts that a Protective Order is needed in connection with depositions scheduled for the week of August 29, 2016.  Plaintiff has submitted a proposed Protective Order.

The court hereby orders defendants to submit, by noon on Monday, August 22, 2016, their alternative proposed Protective Order.  A Word version of the document submitted shall also be provided to the courtroom deputy, Valerie Callen, by email.

Upon receipt of the ordered document the court will take the matter under submission and a Protective Order will issue prior to August 29, 2016.

1

1  All parties are reminded that proposed orders must be both electronically filed and
2  submitted in Word format to acorders@caed.uscourts.gov.
3  **IT IS SO ORDERED**.
4  DATED: August 19, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE