1  JULIE ANN TOTTEN (State Bar No. 166470)
jatotten@orrick.com
2  ERIC R. OLAH (State  Bar No 295513)
olah@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
4  Sacramento, CA  95814-4497
Telephone:     +1-916-447-9200
5  Facsimile:     +1-916-329-4900

6  MICHAEL D. WEIL (State Bar No. 209056)
mweil@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
8  San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
9  Facsimile:     +1 415 773 5759

10  JAMES D. CURPHEY (Admitted *Pro Hac Vice*)
jcurphey@porterwright.com
11  MEGAN E. BAILEY (Admitted *Pro Hac Vice*)
mbailey@porterwright.com
12  JARED M. KLAUS (Admitted *Pro Hac Vice*)
jklaus@porterwright.com
13  PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800-3200
14  Columbus, OH  43215-6194
Telephone:     +1-614-227-2000
15  Facsimile:     +1-614-227-2100

16  Attorneys for Plaintiff
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC
17
                        UNITED STATES DISTRICT COURT
18
                        EASTERN DISTRICT OF CALIFORNIA
19
                        SACRAMENTO DIVISION
20

| 21 | TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, | Case No. 2:16-cv-01798-JAM-AC |
|---|---|---|
| 22 | Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| 23 | v. | |
| 24 | GEOFF SMITH, TYRONE YOUNT, NATHAN WITKIN, BRYAN McNABB, PATRICK J. SHASBY, JR. and | Judge:          Hon. John A. Mendez Courtroom:    6 |
| 25 | CALIFORNIA GLASS & MIRROR CORP., | Trial Date:     None Set Date Action Filed:  July 29, 2016 |
| 26 | Defendants. | |

27

28

[PROPOSED] ORDER GRANTING REQUEST TO SEAL
DOCUMENTS

## ORDER

The Court, having considered Plaintiff Trulite Glass and Aluminum Solutions, LLC's ("Trulite") Notice of Request and Request to Seal Documents, the materials filed therewith, and the opposition to the Request, finds that there is good cause to grant the Request to Seal Documents.

IT IS HEREBY ORDERED that, having established good cause to maintain the confidential nature of information subject to the Request, Trulite's Request to Seal Documents is GRANTED and the documents identified in Exhibit A to Trulite's Notice of Request and Request to Seal Documents and numbered 00001 – 00875 are ordered filed under seal.

IT IS SO ORDERED.

Dated:   _____8 – 11_____, 2016

_____
Honorable John A. Mendez
United States District Court Judge