1  JULIE ANN TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
2  ERIC R. OLAH (State Bar No 295513)
   olah@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, CA  95814-4497
   Telephone:     +1-916-447-9200
5  Facsimile:     +1-916-329-4900

6  MICHAEL D. WEIL (State Bar No. 209056)
   mweil@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
8  San Francisco, CA  94105-2669
   Telephone:     +1 415 773 5700
9  Facsimile:     +1 415 773 5759

10 JAMES D. CURPHEY (Admitted *Pro Hac Vice*)
   jcurphey@porterwright.com
11 MEGAN E. BAILEY (Admitted *Pro Hac Vice*)
   mbailey@porterwright.com
12 JARED M. KLAUS (Admitted *Pro Hac Vice*)
   jklaus@porterwright.com
13 PORTER WRIGHT MORRIS & ARTHUR LLP
   41 South High Street, Suites 2800-3200
14 Columbus, OH  43215-6194
   Telephone:     +1-614-227-2000
15 Facsimile:     +1-614-227-2100

16 Attorneys for Plaintiff
   TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC
17
                    UNITED STATES DISTRICT COURT
18
                   EASTERN DISTRICT OF CALIFORNIA
19
                        SACRAMENTO DIVISION
20

| | |
|---|---|
| 21  TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, | Case No. 2:16-cv-01798-JAM-AC |
| 22              Plaintiff, | **AGREED FINAL INJUNCTION ORDER FOR DEFENDANTS WITKIN AND MCNABB** |
| 23          v. | |
| 24  GEOFF SMITH, TYRONE YOUNT, NATHAN WITKIN, BRYAN McNABB, PATRICK J. SHASBY, JR. and | |
| 25  CALIFORNIA GLASS & MIRROR CORP., | Trial Date:        None Set |
| 26              Defendants. | Date Action Filed:   July 29, 2016 |

27

28

This matter came before the Court on the Verified Complaint and Motion for a Preliminary Injunction of Plaintiff Trulite Glass and Aluminum Solutions, LLC ("Trulite"), against Defendants Nathan Witkin ("Witkin") and Bryan McNabb ("McNabb") (collectively, the "Defendants").  By agreement of the Parties and for good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.      Trulite has alleged that the Cal Glass Defendants have misappropriated trade secrets of Trulite in violation of Cal. Civ. Code § 3426.1 *et seq.* and 18 U.S.C. § 1836 *et seq.* According to Trulite, the information at issue, which consists of Trulite's (1) customer data; (2) financial data; (3) business plans and strategies; (4) cost data; (5) pricing; (6) quotes; (7) processes, procedures, and forms; (8) sales detail; (9) product offerings; and (10) employee information, is the subject of reasonable measures to maintain its secrecy and derives independent economic value from not being known to Trulite's competitors.  Trulite alleges that Defendant Witkin acquired the trade secrets by improper means by sending the information to his personal email accounts, and Defendant McNabb shared trade secret information with is future employer. Defendants Witkin and McNabb deny Trulite's allegations.

2.      On October 6, 2016 following oral argument on Trulite's Motion for Preliminary Injunction, this Court issued an Order Granting Plaintiff's Motion for Preliminary Injunction ("Preliminary Injunction"), ECF No. 64.  The Preliminary Injunction remains in place, including but not limited to numbered paragraph (3), and nothing in this order shall limit the restrictions imposed upon the Defendants in the Preliminary Injunction.

3.      In addition to the restrictions in the Preliminary Injunction, the Defendants are enjoined, whether acting alone or in concert with any person or entity, unless otherwise excepted herein, until June 30, 2017, from initiating contact with certain Trulite customers identified in confidential settlement agreements between the Parties (the "Confidential Settlement Agreements").  These additional prohibitions shall only apply to those customers that the Parties have identified within the Confidential Settlement Agreements.

4.      This Agreed Final Injunction Order shall be governed by and enforced in accordance with the laws of the State of California and any action or proceeding to enforce or

arising out of this Agreed Final Injunction Order shall be commenced only in this Court, and the Parties agree that personal jurisdiction and venue for any such action or proceeding will be proper in this Court.

5.      Within three (3) days of the entering of this Final Injunction, the Parties shall file a Stipulation Of Dismissal With Prejudice of all claims, with each party to bear its own costs.  The Court shall retain jurisdiction over the Parties to enforce the requirements of this Order.

IT IS SO ORDERED.

Dated:  2/6/2017                                          /s/ John A. Mendez___
                                                         Judge John A. Mendez

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1     **Agreed to by**:

2    Dated: February 6, 2017.                    ORRICK, HERRINGTON & SUTCLIFFE LLP

3                                                 By:  _____ /s/ Eric R. Olah _____

4                                                          Eric R. Olah
5                                                      Attorneys for Plaintiff
                                                   TRULITE GLASS AND ALUMINUM
6                                                       SOLUTIONS, LLC

7

8    Dated: January 30, 2017.                     FOX, WANG & MORGAN P.C.

9                                                 By:  _____ /s/ Jay J. Wang _____
10                                                    (as authorized on January 30, 2017)

11                                                        Jay J. Wang
                                                     Attorneys for Defendant
12                                                       NATHAN WITKIN

13

14   Dated: February 6, 2017.                     MILLSTONE, PETERSON & WATTS, LLP

15                                                By:  _____ /s/ Glenn W. Peterson _____
16                                                    (as authorized on February 6, 2017)

17                                                     Glenn W. Peterson
                                                     Attorneys for Defendant
18                                                       Bryan McNabb

19

20

21

22

23

24

25

26

27

28

-3-                    AGREED FINAL INJUNCTION
                                                          (CASE NO. 2:16-CV-01798-JAM-AC)